1  BROWNE GEORGE ROSS LLP
   Eric M. George (State Bar No. 166403)
2     egeorge@bgrfirm.com
   Peter Shimamoto (State Bar No. 123422)
3     pshimamoto@bgrfirm.com
   2121 Avenue of the Stars, Suite 2400
4  Los Angeles, California 90067
   Telephone: (310) 274-7100
5  Facsimile: (310) 275-5697

6  Attorneys for Plaintiff William Friedkin

7

   LEOPOLD, PETRICH & SMITH, P.C.
8  Louis P. Petrich (SBN 038161)
   Vincent Cox (SBN 070511)
9  2049 Century Park East, Suite 3110
   Los Angeles, CA 90067-3274
10 Tel. (310) 277-3333
   Fax (310) 277-7444
11 lpetrich@lpsla.com; vcox@lpsla.com

12 Attorneys for Defendants
   Paramount Pictures Corporation and
13 Universal City Studios LLC

14

15                UNITED STATES DISTRICT COURT
16        CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION
17

18 | WILLIAM FRIEDKIN,                         | Case No. CV 12-4264-JFW (MANx)
19 |                                            |
   |         Plaintiff,                         | The Hon. John F. Walter
20 |                                            |
   |    vs.                                     | **JOINT REPORT RE RESULTS OF SETTLEMENT CONFERENCE**
21 | PARAMOUNT PICTURES                         |
22 | CORPORATION, a Delaware                    | Trial Date: March 12, 2013
   | corporation; UNIVERSAL STUDIOS,            |
23 | INC., a Delaware corporation; and          |
   | DOES 1-10, inclusive                       |
24 |                                            |
   |         Defendants.                        |
25

26

27

28

348815.1

JOINT REPORT RE SETTLEMENT CONFERENCE

1    Pursuant to the Court's June 25, 2012 Scheduling and Case Management
2    Order (Doc. No. 13), counsel for Plaintiff William Friedkin and Defendants
3    Paramount Pictures Corporation and Universal Studios Inc. hereby submit this Joint
4    Report re Results of Settlement Conference.

5    The parties participated in a mediation before the Honorable Enrique Romero
6    on Monday, November 5, 2012. The parties will have a further meeting on Friday,
7    November 16, without outside counsel. Although no final agreement has yet been
8    reached, the parties are hopeful they will be able to resolve this matter.

DATED: November 13, 2012           BROWNE GEORGE ROSS LLP
                                    Eric M. George
                                    Peter Shimamoto

                                    By      /s/ Peter Shimamoto
                                            Peter Shimamoto

                                    Attorneys for Plaintiff William Friedkin


DATED: November 13, 2012           LEOPOLD, PETRICH & SMITH, P.C.
                                    Louis P. Petrich
                                    Vincent Cox

                                    By      /s/ Vincent Cox*
                                            Vincent Cox

                                    Attorneys for Defendants Paramount Pictures
                                    Corporation and Universal City Studios LLC

* Per email authorization

348815.1

JOINT REPORT RE SETTLEMENT CONFERENCE

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 2121 Avenue of the Stars, Suite 2400, Los Angeles, CA 90067.

On November 13, 2012, I served true copies of the following document(s) described as **JOINT REPORT RE RESULTS OF SETTLEMENT CONFERENCE** on the interested parties in this action as follows:

| | |
|---|---|
| LEOPOLD, PETRICH & SMITH, P.C.<br>Louis P. Petrich (SBN 038161)<br>Vincent Cox (SBN 070511)<br>2049 Century Park East, Suite 3110<br>Los Angeles, CA 90067-3274<br>Tel. (310) 277-3333<br>Fax (310) 277-7444<br>lpetrich@lpsla.com; vcox@lpsla.com | **Counsel for Defendants Paramount Pictures Corporation and Universal City Studios LLC** |

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 13, 2012, at Los Angeles, California.

_/s/ Diane Torosvan_
Diane Torosvan

348815.1

JOINT REPORT RE SETTLEMENT CONFERENCE