LEOPOLD, PETRICH & SMITH, P.C.
Louis P. Petrich (SBN 038161)
Vincent Cox (SBN 070511)
2049 Century Park East, Suite 3110
Los Angeles, CA 90067-3274
Tel. (310) 277-3333
Fax (310) 277-7444
lpetrich@lpsla.com; vcox@lpsla.com

Attorneys for Defendants Paramount
Pictures Corporation and Universal City Studios LLC

BROWNE GEORGE ROSS LLP
Eric M. George (State Bar No. 166403)
  egeorge@bgrfirm.com
Peter Shimamoto (State Bar No. 123422)
  pshimamoto@bgrfirm.com
2121 Avenue of the Stars, Suite 2400
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

Attorneys for Plaintiff William Friedkin

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| WILLIAM FRIEDKIN,<br><br>Plaintiff,<br><br>vs.<br><br>PARAMOUNT PICTURES CORPORATION, a Delaware corporation; UNIVERSAL STUDIOS, INC., a Delaware corporation; and DOES 1-10, inclusive<br><br>Defendants. | Case No. CV 12-4264-JFW (MANx)<br><br>The Hon. John F. Walter<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>[F.R.C.P. 41(a)(1)(A)(ii)]<br><br>[PROPOSED] ORDER FILED CONCURRENTLY HEREWITH<br><br>Trial Date: March 12, 2013 |

353052.1

CV-12-4264 JFW

STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff William Friedkin ("Plaintiff") and Defendants Paramount Pictures Corporation and Universal City Studios LLC ("Defendants"), by and through their undersigned attorneys, hereby stipulate and agree as follows:

The Action should be DISMISSED WITH PREJUDICE, with each Party to bear its own attorneys fees and costs.

DATED: December 21, 2012       BROWNE GEORGE ROSS LLP

By _____
Peter Shimamoto
Attorneys for Plaintiff William Friedkin

DATED: December 21, 2012       LEOPOLD, PETRICH & SMITH, P.C.

By _____
Vincent Cox
Attorneys for Defendants Paramount Pictures Corporation and Universal City Studios LLC

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 2121 Avenue of the Stars, Suite 2400, Los Angeles, CA 90067.

On December 21, 2012, I served true copies of the following document(s) described as **STIPULATION FOR DISMISSAL WITH PREJUDICE** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 21, 2012, at Los Angeles, California.

*Diane Torosyan*

353052.1

CV-12-4264 JFW

STIPULATION FOR DISMISSAL WITH PREJUDICE