UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| WILLIAM FRIEDKIN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>PARAMOUNT PICTURES CORPORATION, a Delaware corporation; UNIVERSAL STUDIOS, INC., a Delaware corporation; and DOES 1-10, inclusive<br><br>　　　　Defendants. | Case No. CV 12-4264-JFW (MANx)<br><br>The Hon. John F. Walter<br><br>**ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Trial Date: March 12, 2013 |

353039.1

CV 12-4264-JFW

PROPOSED ORDER OF DISMISSAL

1 **ORDER**

2     A stipulation for dismissal of this action with prejudice between Plaintiff
3 William Friedkin and Defendants Paramount Pictures Corporation and Universal
4 City Studios LLC is before the Court. The Court, having read the Stipulation, and
5 good cause appearing therefore,

6     IT IS HEREBY ORDERED that the action is dismissed with prejudice, with
7 each party to bear its own attorneys fees and costs.

8

9 DATED: December 26. 2012    By _____
10     Honorable Judge John F. Walter
11     United Stated District Court Judge

353039.1

CV 12-4264-JFW

PROPOSED ORDER OF DISMISSAL